1 BRAUNHAGEY & BORDEN LLP
Philip A. Leider (Cal. Bar No. 229751)
2 Email: leider@braunhagey.com
220 Sansome Street, 2nd Floor
3 San Francisco, CA 94104
Telephone: (415) 599-0217
4 Facsimile: (415) 276-1808

5 ROTHWELL, FIGG, ERNST & MANBECK, P.C.
Steven Lieberman (*Pro Hac Vice* application pending)
6 Email: slieberman@rothwellfigg.com
Joo Mee Kim (*Pro Hac Vice* Application forthcoming)
7 Email: jkim@rothwellfigg.com
Jenny L. Colgate (*Pro Hac Vice* application pending)
8 Email: jcolgate@rothwellfigg.com
607 14th Street N.W., Suite 800
9 Washington, D.C. 20005
Telephone: (202) 783-6040
10
Attorneys for Defendants
11 LG ELECTRONICS, INC.,
LG ELECTRONICS U.S.A., INC., and
12 LG ELECTRONICS MOBILECOMM U.S.A., INC.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION,<br><br>            Plaintiff,<br><br>       v.<br><br>LG ELECTRONICS, INC.,<br>LG ELECTRONICS U.S.A., INC., and<br>LG ELECTRONICS MOBILECOMM U.S.A., INC.,<br><br>            Defendants. | Case No. 4:13-cv-4034 - SBA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF CASE MANAGEMENT CONFERENCE**<br><br>**[Civ. L.R. 16-2(e)]** |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | WHEREAS Plaintiff filed its complaint in this matter on or about August 29, 2013, and |
| 3 | Defendants filed their answer and counterclaims on or about October 24, 2013; |
| 4 | WHEREAS in its Case Management Scheduling Order for Reassigned Civil Cases filed |
| 5 | on October 10, 2013, the Court set a telephonic case management conference for November 27, |
| 6 | 2013 at 3:15 p.m.; |
| 7 | WHEREAS November 27, 2013 is the first day of Chanukah, and some of the lawyers |
| 8 | cannot attend at 3:15 p.m., which is 6:15 p.m. on the east coast; |
| 9 | WHEREAS the parties have met and conferred and agree that a brief continuance of the |
| 10 | case management conference is warranted under the circumstances and will not materially affect |
| 11 | the schedule in this case; |
| 12 | WHEREAS the parties have met and conferred regarding all matters required in advance |
| 13 | of the case management conference; and |
| 14 | WHEREAS counsel have consulted the Court's standing order and website for available |
| 15 | dates, and they can be available for a continued case management conference on December 19, |
| 16 | 2013, at 3:30 p.m. or at another date and time more convenient for the Court; |
| 17 | NOW, THEREFORE, IT IS STIPULATED BY AND AMONG THE PARTIES that, |
| 18 | pursuant to Local Civil Rule 16-2(e) and with the Court's approval, the telephonic case |
| 19 | management conference in this matter shall be continued to December 19, 2013, at 3:30 p.m. |
| 20 | **IT IS SO STIPULATED.** |
| 21 | |
| 22 | Dated: November 15, 2013             KAYE SCHOLER, LLP |
| 23 | By:   */s/ Michael J. Malecek* |
| 24 |          Michael J. Malecek |
| 25 | Attorneys for Plaintiff |
|    | CYPRESS SEMICONDUCTOR CORPORATION |
| 26 | |
| 27 | |
| 28 | |

1
STIPULATION & [PROPOSED] ORDER RE CMC SCHEDULE                Case No. 4:13-cv-4034 - SBA

| | | |
|---|---|---|
| Dated: November 15, 2013 | | BRAUNHAGEY & BORDEN LLP |

By: */s/ Philip A. Leider*
    Philip A. Leider

Attorneys for Defendants
LG ELECTRONICS, INC., LG ELECTRONICS
U.S.A., INC., and LG ELECTRONICS
MOBILECOMM U.S.A., INC.

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the case management conference currently set for November 27, 2013 at 3:15 will be continued to December 19, 2013 at 3:30 p.m.

```
The parties shall meet and confer prior to the conference and shall prepare a
joint Case Management Conference Statement which shall be filed no later than
seven  (7) days prior to the Case Management Conference  that complies with the
Standing Order For All Judges Of The Northern District Of California and the
Standing Order of this Court.  Plaintiffs shall be responsible for filing the
statement as well as for arranging the conference call.  All parties shall be
on the line and shall call (510) 637-3559 at the above indicated date and time.
```

IT IS SO ORDERED.
Dated:  11/18/2013

                                                   */s/ Saundra B. Armstrong*
                                                   Saundra Brown Armstrong
                                                   U.S. District Judge

| | |
|---|---|
| 1 | **CERTIFICATION UNDER GENERAL CIV. L.R. 5-1(i)(3)** |

I, Philip A. Leider, am the ECF User whose ID and password are being used to file this Joint Case Management Conference Statement. In compliance with Civil Local Rule 5-1(i)(3), I attest that counsel for Defendants, Michael J. Malecek, has concurred in this filing.

Dated: November 15, 2013                                         */s/ Philip A. Leider*