BRAUNHAGEY & BORDEN LLP
Philip A. Leider (Cal. Bar No. 229751)
Email: leider@braunhagey.com
220 Sansome Street, 2nd Floor
San Francisco, CA 94104
Telephone: (415) 599-0217
Facsimile: (415) 276-1808

ROTHWELL, FIGG, ERNST & MANBECK, P.C.
Steven Lieberman (*Pro Hac Vice* application pending)
Email: slieberman@rothwellfigg.com
Joo Mee Kim (*Pro Hac Vice* Application forthcoming)
Email: jkim@rothwellfigg.com
Jenny L. Colgate (*Pro Hac Vice* application pending)
Email: jcolgate@rothwellfigg.com
607 14th Street N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 783-6040

Attorneys for Defendants
LG ELECTRONICS, INC.,
LG ELECTRONICS U.S.A., INC., and
LG ELECTRONICS MOBILECOMM U.S.A., INC.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>LG ELECTRONICS, INC.,<br>LG ELECTRONICS U.S.A., INC., and<br>LG ELECTRONICS MOBILECOMM U.S.A., INC.,<br>    Defendants. | Case No. 4:13-cv-4034 - SBA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF CASE MANAGEMENT CONFERENCE**<br><br>**[Civ. L.R. 16-2(e)]** |

**STIPULATION**

WHEREAS Plaintiff filed its complaint in this matter on or about August 29, 2013, and Defendants filed their answer and counterclaims on or about October 24, 2013;

WHEREAS in its Case Management Scheduling Order for Reassigned Civil Cases filed on October 10, 2013, the Court set a telephonic case management conference for November 27, 2013 at 3:15 p.m.;

WHEREAS November 27, 2013 is the first day of Chanukah, and some of the lawyers cannot attend at 3:15 p.m., which is 6:15 p.m. on the east coast;

WHEREAS the parties have met and conferred and agree that a brief continuance of the case management conference is warranted under the circumstances and will not materially affect the schedule in this case;

WHEREAS the parties have met and conferred regarding all matters required in advance of the case management conference; and

WHEREAS counsel have consulted the Court's standing order and website for available dates, and they can be available for a continued case management conference on December 19, 2013, at 3:30 p.m. or at another date and time more convenient for the Court;

NOW, THEREFORE, IT IS STIPULATED BY AND AMONG THE PARTIES that, pursuant to Local Civil Rule 16-2(e) and with the Court's approval, the telephonic case management conference in this matter shall be continued to December 19, 2013, at 3:30 p.m.

**IT IS SO STIPULATED.**

Dated: November 15, 2013          KAYE SCHOLER, LLP

                                            By:   */s/ Michael J. Malecek*
                                                      Michael J. Malecek

                                            Attorneys for Plaintiff
                                            CYPRESS SEMICONDUCTOR CORPORATION

| | |
|---|---|
| Dated: November 15, 2013 | BRAUNHAGEY & BORDEN LLP |
| | By: */s/ Philip A. Leider* <br> Philip A. Leider |
| | Attorneys for Defendants <br> LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., and LG ELECTRONICS MOBILECOMM U.S.A., INC. |

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the case management conference currently set for November 27, 2013 at 3:15 will be continued to December 19, 2013 at 3:30 p.m.

```
The parties shall meet and confer prior to the conference and shall prepare a
joint Case Management Conference Statement which shall be filed no later than
seven  (7) days prior to the Case Management Conference  that complies with the
Standing Order For All Judges Of The Northern District Of California and the
Standing Order of this Court.  Plaintiffs shall be responsible for filing the
statement as well as for arranging the conference call.  All parties shall be
on the line and shall call (510) 637-3559 at the above indicated date and time.
```

IT IS SO ORDERED.
Dated:  11/18/2013

_____
Saundra Brown Armstrong
U.S. District Judge

C

## **CERTIFICATION UNDER GENERAL CIV. L.R. 5-1(i)(3)**

I, Philip A. Leider, am the ECF User whose ID and password are being used to file this Joint Case Management Conference Statement. In compliance with Civil Local Rule 5-1(i)(3), I attest that counsel for Defendants, Michael J. Malecek, has concurred in this filing.

Dated: November 15, 2013                                              */s/ Philip A. Leider*