1  THE LAW OFFICE OF PHILIP A. LEIDER
   Philip A. Leider (Cal. Bar No. 229751)
2  Email: Philip@leiderlegal.com
   2709 10th Street, Unit E
3  Berkeley, California 94710
   Telephone: (415) 215-8397
4  Facsimile: (510) 350-9115

5  ROTHWELL, FIGG, ERNST & MANBECK, P.C.
   Steven Lieberman (admitted *Pro Hac Vice*)
6  Email: slieberman@rothwellfigg.com
   Joo Mee Kim (admitted *Pro Hac Vice*)
7  Email: jkim@rothwellfigg.com
   Jenny L. Colgate (admitted *Pro Hac Vice*)
8  Email: jcolgate@rothwellfigg.com
   607 14th Street N.W., Suite 800
9  Washington, D.C. 20005
   Telephone: (202) 783-6040
10

11 Attorneys for Defendants and Counterclaim Plaintiffs
   LG ELECTRONICS, INC.,
12 LG ELECTRONICS U.S.A., INC., and
   LG ELECTRONICS MOBILECOMM U.S.A., INC.

13

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16                              **OAKLAND DIVISION**

17

18 CYPRESS SEMICONDUCTOR          )
   CORPORATION,                   )
19                                )
                  Plaintiff and   )   CASE NO. 4:13-CV-04034-SBA
20           Counterclaim Defendant, )
                                  )
21     vs.                        )   **STIPULATION AND [PROPOSED]**
                                  )   **ORDER SHORTENING TIME ON**
22 LG ELECTRONICS, INC.,          )   **DEFENDANTS' MOTION TO STAY**
   LG ELECTRONICS U.S.A., INC., and )  **PROCEEDINGS**
23 LG ELECTRONICS MOBILECOMM      )
   U.S.A., INC.,                  )   **[Civil L.R. 6-1(b) and 6-2]**
24                                )
                  Defendants and  )
25         Counterclaim Plaintiffs. )
                                  )
26                                )
                                  )
27

28

**STIPULATION & [PROPOSED] ORDER SHORTENING TIME ON DEFS' MOTION TO STAY PROCEEDINGS**
                                        1                    Case No. 4:13-cv-04034-SBA

**STIPULATION**

Pursuant to Civil Local Rules 6-1(b) and 6-2, Defendants, LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Mobilecomm U.S.A., Inc. (collectively "Defendants") and Plaintiff Cypress Semiconductor Corporation ("Plaintiff") (collectively "the Parties") hereby stipulate as follows:

WHEREAS claim construction proceedings in this patent infringement case are scheduled to commence on March 24, 2014 [Dkt. 50];

WHEREAS on January 24, 2014 Plaintiff served its Patent Local Rule 3-1 and 3-2 disclosures ("Plaintiff's Disclosures");

WHEREAS the Parties dispute the adequacy of Plaintiff's Disclosures after having met and conferred on the subject;

WHEREAS on March 7, 2014, Defendants filed a Motion to Strike Plaintiff's Disclosures and requested a hearing on or after April 15, 2014 [Dkt. 58];

WHEREAS on March 7, 2014, Plaintiff served supplemental Patent Local Rule 3 disclosures ("Plaintiff's Supplemental Disclosures");

WHEREAS on March 10, 2014, Defendants filed a Motion to Strike Plaintiff's Supplemental Disclosures and for a Stay of Proceedings and requested a hearing on or after April 15, 2014 [Dkt. 62];

WHEREAS the Parties disagree whether it is necessary to stay proceedings pending the Court's ruling on Defendants' pending Motions to Strike, but <u>the Parties agree it is critical that the Court decide whether to stay proceedings before claim construction proceedings begin on March 24, 2014</u>; and

WHEREAS the Parties have accordingly agreed to present this stipulation and proposed order to the Court for an order shortening time on the briefing of Defendants' Motion to Stay Proceedings pursuant to Civil Local Rules 6-1(b) and 6-2;

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES THAT:

Plaintiff will file its Opposition to Defendants' Motion to Stay Proceedings on or before March 13, 2014; and

Defendants will file their Reply in further support of their Motion to Stay Proceedings on or before March 14, 2014.

**IT IS SO STIPULATED.**

Dated:  March 11, 2014            KAYE SCHOLER, LLP

By:   */s/ Michael J. Malecek*
          Michael J. Malecek

Attorneys for Plaintiff & Counterclaim Defendant
CYPRESS SEMICONDUCTOR CORPORATION


Dated:  March 11, 2014            THE LAW OFFICE OF PHILIP A. LEIDER
ROTHWELL, FIGG, ERNST & MANBECK, P.C.

By:   */s/ Jenny L. Colgate*
          Jenny L. Colgate

Attorneys for Defendants & Counterclaim Plaintiffs
LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., and LG ELECTRONICS MOBILECOMM U.S.A., INC.

## [PROPOSED] ORDER

1

2    Having considered the foregoing stipulation of the Parties, and finding good cause to
3    shorten time on Defendants' Motion to Stay Proceedings, the Court hereby ORDERS as follows:
4    Plaintiff will file its Opposition to Defendants' Motion to Stay Proceedings on or before
5    March 13, 2014;
6    Defendants will file its Reply in further support of Defendants' Motion to Stay
7    Proceedings on or before March 14, 2014.
8    **IT IS SO ORDERED.**
9    Dated: 3/11/2014                              _____
10                                                  HON. SAUNDRA BROWN ARMSTRONG
                                                   U.S. DISTRICT JUDGE

**CERTIFICATION UNDER GENERAL CIV. L.R. 5-1(i)(3)**

I, Jenny L. Colgate, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Shortening Time on Defendants' Motion to Stay Proceedings. In compliance with Civil Local Rule 5-1(i)(3), I attest that counsel for Defendants, Michael J. Malecek, has concurred in this filing.

Dated:  March 11, 2014                             */s/ Jenny L. Colgate*