UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION, | ) ) ) | Case No. 4:13-cv-4034 - SBA |
| Plaintiff and Counterclaim Defendant, | ) ) ) | **[PROPOSED] CASE MANAGEMENT SCHEDULING ORDER** |
| v. | ) ) | |
| LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., and LG ELECTRONICS MOBILECOMM U.S.A., INC., | ) ) ) ) | |
| Defendants and Counterclaim Plaintiffs. | ) ) ) | |

   Pursuant to the Court's Order filed April 21, 2014 and the parties' joint stipulation, IT IS HEREBY ORDERED THAT pursuant to Federal Rule of Civil Procedure 16, the following Case Management Scheduling Order is entered as follows:

| Event | Date |
|---|---|
| Defendants' Invalidity Contentions & accompanying document production [Patent L.R. 3-3 & 3-4] | May 21, 2014 |

| | |
|---|---|
| Parties to exchange Proposed Terms & Claim Elements for Construction [Patent L.R. 4-1(a)] | June 4, 2014 |
| Parties to exchange Preliminary Claim Constructions [Patent L.R. 4-2(a)] | June 25, 2014 |
| Parties to file Joint Claim Construction & Prehearing Statement [Patent L.R. 4-3] | July 18, 2014 |
| Claim Construction Discovery Cutoff [Patent L.R. 4-4] | August 15, 2014 |
| Plaintiff to file Opening Claim Construction Brief [Patent L.R. 4-5(a)] | September 1, 2014 |
| Defendants to file Responsive Claim Construction Brief [Patent L.R. 4-5(b)] | September 15, 2014 |
| Plaintiff to file Reply Claim Construction Brief [Patent L.R. 4-5(c)] | September 22, 2014 |
| Technology Tutorial, Claim Construction Hearing, and Case Management Conference | October 29, 2014 |

The October 29, 2014 Technology Tutorial, Claim Construction Hearing, and Case Management Conference shall be scheduled to last four hours, beginning at 10:00am. No later than October 24, 2014, the parties shall provide to the Court two copies in binders of any exhibits or demonstratives to be used during the hearing or at the tutorial. The parties shall simultaneously exchange copies of any exhibits or demonstratives with each other. If any party wishes to bring equipment into the courtroom, the party must file a Request and Proposed Order Regarding Courtroom Equipment for The Claim Construction Hearing. Counsel shall meet and confer and file a Case Management Statement at least ten days before the October 29, 2014 Case Management Conference.

**IT IS SO ORDERED.**

Dated: 4/25/2014

HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] CASE MANAGEMENT SCHEDULING ORDER                  Case No. 4:13-cv-4034 - SBA