| | |
|---|---|
| 1  Michael J. Malecek (SBN 171034) | Philip A. Leider (SBN 229751) |
|    michael.malecek@kayescholer.com | philip@leiderlegal.com |
| 2  Marisa Armanino Williams (SBN 264907) | The Law Office of Philip A. Leider |
|    marisa.armanino@kayescholer.com | 2709 10th Street, Unit E |
| 3  Robert S. Magee (SBN 271443) | Berkeley California 94710 |
|    robert.magee@kayescholer.com | Telephone:   415-215-8397 |
| 4  KAYE SCHOLER LLP | Facsimile:    510-350-9115 |
|    Two Palo Alto Square, Suite 400 | |
| 5  3000 El Camino Real | Steven Lieberman *(Pro Hac Vice)* |
|    Palo Alto, California 94306 | slieberman@rothwellfigg.com |
| 6  Telephone:    (650) 319-4500 | Joo Mee Kim *(Pro Hac Vice)* |
|    Facsimile:     (650) 319-4700 | jkim@rothwellfigg.com |
| 7  | Jenny L. Colgate *(Pro Hac Vice)* |
|    Robert R. Laurenzi (NY Reg. No. 3024676) | jcolgate@rothwellfigg.com |
| 8  *(Pro Hac Vice)* | Jason Shapiro *(Pro Hac Vice)* |
|    robert.laurenzi@kayescholer.com | jshapiro@rfem.com |
| 9  KAYE SCHOLER LLP | Michael Jones *(Pro Hac Vice)* |
|    425 Park Avenue | mjones@rfem.com |
| 10 New York, New York 10022-3598 | ROTHWELL, FIGG, ERNST & |
|    Telephone:    (212) 836-8000 | MANBECK, P.C. |
| 11 Facsimile:     (212) 836-8999 | 607 14th Street, N.W., Suite 800 |
|    | Washington, D.C. 20005 |
| 12 Terence Woodsome (SBN 240908) | Telephone: (202) 783-6040 |
|    twde@cypress.com | Facsimile: (202) 783-6031 |
| 13 CYPRESS SEMICONDUCTORCORPORATION | |
|    198 Champion Court | Attorneys for Defendants/Counterclaimants |
| 14 San Jose, California 95134 | LG ELECTRONICS, INC., |
|    Telephone:    (408) 544-1035 | LG ELECTRONICS U.S.A., INC. and |
| 15 Facsimile:     (408) 456-1821 | LG ELECTRONICS MOBILECOMM |
|    | U.S.A., INC. |
| 16 Attorneys for Plaintiff and Counterclaim Defendant | |
|    CYPRESS SEMICONDUCTOR CORPORATION | |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION, | Case No. 4:13-cv-4034 - SBA |
| Plaintiff and Counterclaim Defendant, | **JOINT STIPULATION MODIFYING CLAIM CONSTRUCTION BRIEFING SCHEDULE** |
| v. | |
| LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., and LG ELECTRONICS MOBILECOMM U.S.A., INC., | Claim Construction Hearing: Date:   October 29, 2014 Time:   9:00 AM |
| Defendants and Counterclaim Plaintiffs. | Judge:        Hon. Saundra B. Armstrong |

**JOINT STIPULATION**

Pursuant to Pursuant to Civil Local Rules 6-2, 7-12, and Judge Armstrong's Standing Order For Patent Cases, Plaintiff Cypress Semiconductor Corporation ("Cypress") and Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Mobilecomm U.S.A., Inc. ("LG"), jointly submit this Joint Stipulation Modifying Claim Construction Briefing Schedule.

WHEREAS, on July 18, 2014, the parties filed their Joint Claim Construction and Prehearing Statement in accordance with the Court's April 29, 2014 Case Management Scheduling Order;

WHERAS the Clerk today provided notice of this Court's scheduled technology tutorial and claim construction hearing set for October, 29, 2014;

WHEREAS, the parties have agreed to stipulate to a slightly modified claim construction briefing schedule to accommodate changes both parties have subsequently made to the Joint Claim Construction and Prehearing Statement in accordance with this Court's Patent Standing Orders;

WHEREAS the proposed modified briefing schedule would conform with the Court's Patent Standing Orders requirement that opening briefs in support of claim construction be filed at least six weeks before the date of the claim construction hearing;

NOW THEREFORE the parties through their undersigned counsel hereby stipulate and request that the Court grant, pursuant to Civil L.R. 6-2 that:

- The time to file Cypress's Opening Claim Construction Brief shall be extended from September 1, 2014 (Labor Day) until September 5, 2014.
- The time to file LG's Responsive Claim Construction Brief shall be extended from September 15, 2014 until September 19, 2014.
- The time to file Cypress's Reply Claim Construction Brief shall be extended from September 22, 2014 until September 26, 2014.

- The scheduled technology tutorial and claim construction hearing shall remain set for October, 29, 2014.

IT IS SO STIPULATED.

Dated: August 29, 2014        KAYE SCHOLER LLP

By: */s/ Michael J. Malecek*
     Michael J. Malecek

Attorneys for Plaintiff and Counterclaim Defendant
CYPRESS SEMICONDUCTOR CORPORATION

Dated: August 29, 2014        ROTHWELL, FIGG, ERNST & MANBECK, P.C.
                              THE LAW OFFICE OF PHILIP A. LEIDER

By: */s/ Joo Mee Kim*
     Joo Mee Kim

Attorneys for Defendants and Counterclaim Plaintiffs
LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., and LG ELECTRONICS MOBILECOMM U.S.A., INC.

## ECF ATTESTATION

I, Michael J. Malecek, am the ECF User whose ID and password are being used to file this Joint Stipulation Modifying Claim Construction Briefing Schedule. In compliance with Civil Local Rule 5-1(i)(3), I attest that counsel for Defendants and Counterclaim Plaintiffs, Joo Mee Kim, has concurred in this filing.

Dated: August 29, 2014    */s/ Michael J. Malecek*

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS ORDERED THAT**

- The time to file Cypress's Opening Claim Construction Brief shall be extended from September 1, 2014 until September 5, 2014.
- The time to file LG's Responsive Claim Construction Brief shall be extended from September 15, 2014 until September 19, 2014.
- The time to file Cypress's Reply Claim Construction Brief shall be extended from September 22, 2014 until September 26, 2014.
- The scheduled technology tutorial and claim construction hearing shall remain set for October, 29, 2014.

Dated: September 2, 2014

*Saundra B. Armstrong*
Hon. Saundra B. Armstrong
United States District Judge