UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION, | Case No:  C 13-4034 SBA |
| Plaintiff and Counterclaim Defendant, | **ORDER VACATING CLAIMS CONSTRUCTION HEARING** |
| v. | |
| LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., and LG ELECTRONICS MOBILECOMM U.S.A., INC., | |
| Defendants and Counterclaim Plaintiffs | |

The Claim Construction Hearing scheduled for October 29, 2014, is VACATED. The hearing will be rescheduled, if appropriate, following the Court's ruling on Defendants' Motion to Stay Pending Determination of Petitions for *Inter Partes* Review.

IT IS SO ORDERED.

Dated:  10/8/14

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge